USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEI QI,

          Plaintiff,

-against-

HELLOFRESH CORPORATION et al.,

          Defendants.

1:24-cv-8716-MKV

ORDER VACATING
EARLIER ORDER
AND STAYING CASE

MARY KAY VYSKOCIL, United States District Judge:

The Court issued an Order, dated April 9, 2025, denying the parties' joint request to stay this matter pending arbitration [ECF No. 8 ("Earlier Order")]. Because the Court erred in issuing the Earlier Order, IT IS HEREBY ORDERED that the Earlier Order is VACATED. The parties' request to stay this matter pending arbitration is GRANTED. The parties shall file a joint status letter within three days of the conclusion of the arbitration and every 90 days in the interim.

**SO ORDERED.**

Date: April 9, 2025
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**